115 A.3d 309

Joseph P. GUARRASI, J.D., Appellant

v.

Thomas Gary GAMBARDELLA, D.J. District Magistrate, 7–3–01 Individual and Official Capacity and Diane E. Gibbons, J., Common Pleas Court Judge Individual and Official Capacity, Appellees.

Supreme Court of Pennsylvania.

May 26, 2015.

## ORDER

PER CURIAM.

AND NOW, this 26th day of May, 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**. The Application for Leave to Amend Appellees' Brief is **DENIED**.

115 A.3d 309

The PENNSYLVANIA FEDERATION OF DOG CLUBS, the Federated Humane Societies of Pennsylvania, and the Humane League of Lancaster County, Appellants

v.

COMMONWEALTH of Pennsylvania, and the Office of the Budget of the Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

May 26, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May 2015, the order of the Commonwealth Court is **AFFIRMED.**

115 A.3d 309

**Daniel L. BROWN, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

May 27, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2015, the order of the Commonwealth Court is **AFFIRMED.**